UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23bk13345 |
| | ) | |
| Rizov Corp., | ) | Chapter 11 subchapter V |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO ROBERT P. HANDLER, SUBCHAPTER V TRUSTEE FOR IN RE RIZOV
CORP., FOR ALLOWANCE AND PAYMENT OF <u>FINAL</u> COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 7,020.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 351.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 6,669.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $ 6,669.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    <u>Unreasonable Time – TOTAL of disallowed amounts: $ 351.00</u>

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (Squires, J.) (compensation limited to 5%); *see also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (*citing Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in nonbankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

The court will disallow $ 351.00 of the $ 735.00 requested for compensation of time devoted to the preparation of the fee application as exceeding five percent of the total compensation requested.

Dated:  03/27/2024

_____

Timothy A. Barnes
United States Bankruptcy Judge

Commercial Recovery Associates
Page 2 of 3

Summary of Services

Print Date: 2/29/24

| | Date | Consultant | T Code | Service | Time | Rate | Fee |
|---|---|---|---|---|---|---|---|
| | 12/1/23 | RPH | B | Zoom call with Rade Rizov and Saul Modestas to discuss options for making adequate protection payments, alternatives to running full fleet and background of financing arrangements with Taurus | 0.50 | 450.00 | 225.00 |
| | 12/5/23 | RPH | B | Teleconference with Saul Modestas to discuss status with financial reporting and responses to pending motions for adequate protection | 0.20 | 450.00 | 90.00 |
| | 12/6/23 | RPH | D | Court appearance on multiple creditor motions to lift stay and/or seek adequate protection | 0.70 | 450.00 | 315.00 |
| | 12/6/23 | RPH | C | Review of pending motions for adequate protection/lift stay | 0.30 | 450.00 | 135.00 |
| | 12/6/23 | RPH | B | Teleconference with Saul Modestas to discuss handling of upcoming motions for adequate protection | 0.10 | 450.00 | 45.00 |
| | 12/12/23 | RPH | C | Review of proposed order for adequate protection for BMO | 0.10 | 450.00 | 45.00 |
| | 12/12/23 | RPH | A | Review of debtor's projections as of 12--12-23 Modestas email with summary of proposed payments to secured creditors | 0.40 | 450.00 | 180.00 |
| | 12/12/23 | RPH | B | Teams call with  jeff Gansberg, Saul Modestas and Aaron Chapin to discuss issues with  draft adequate protection order | 0.10 | 450.00 | 45.00 |
| | 12/12/23 | RPH | B | Teleconference with Saul Modestas to discuss proposed payments to secured creditors | 0.40 | 450.00 | 180.00 |
| | 12/13/23 | RPH | D | Court appearance on various creditor motions for relief from stay | 0.50 | 450.00 | 225.00 |
| | 12/19/23 | RPH | A | Review of bank statements and 2022 tax returns for debtor and Taurus | 0.60 | 450.00 | 270.00 |
| | 12/19/23 | RPH | B | Teleconference with Jeff Gansberg to discuss issues with debtor's projections | 0.10 | 450.00 | 45.00 |
| | 1/10/24 | RPH | B | Teleconference with Eyal Berger, counsel for factor, to discuss current issues with debtor | 0.30 | 450.00 | 135.00 |
| (1) Unreasonable Time | 2/22/2024 | JS | C | Cursory review case details, review time entries, draft initial fee petition and send to Trustee for review | 1.70 | 350.00 | 595.00 |
| | 2/22/2024 | LD | C | Update time spreadsheet details, prepare files for mailing send to Trustee | 0.80 | 175.00 | 140.00 |
| | | | | | **16.60** | | **7020.00** |